IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01833-BNB

CRAIG ROBLEDO-VALDEZ,

    Plaintiff,

v.

DICK SMELSER,
RAY ROMERO,
ALBERT MARTINEZ,
TIANA LUCERO,
ELIJAH RIDGEWELL,
JUDY BREZINDINE,
OFFICER RAMOS,
OFFICER SANTISTEVAN,
RACHEL INFANTE,
COUNSELOR GONZALES,
SERGEANT MONREAL,
SERGEANT ACKER,
SHANE KOLANDER,
SERGEANT PELSTER,
TONY CAROCHI,
DANIEL CHAVEZ,
C. REYES,
D. CORTESE,
2 UNNAMED PPMU OFFICERS, and
RANDY MARTINEZ,

    Defendants.

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

    Plaintiff, Craig Robledo-Valdez, is a prisoner in the custody of the Colorado Department of Corrections at the Centennial Correctional Facility in Cañon City, Colorado. On October 3, 2012, the court ordered Mr. Robledo-Valdez to show cause why this action should not be dismissed for failure to comply with the filing fee payment

requirements of 28 U.S.C. § 1915(b)(2). Mr. Robledo-Valdez specifically was advised that, in order to show good cause, he must submit a certified copy of his inmate trust fund account statement for the period from July through September 2012 and, if he was required to make a filing fee payment in any of those months, he also must make the required monthly filing fee payment(s).

On October 12, 2012, the court received a partial filing fee payment in this action in the amount of $50.00. On October 15, 2012, Mr. Robledo-Valdez submitted a letter to the court explaining why he had not made any monthly filing fee payments and a certified copy of his inmate trust fund account statement for the period from July 1, 2012, through October 11, 2012. Therefore, the court finds that Mr. Robledo-Valdez has shown good cause as directed. Accordingly, it is

ORDERED that the court's Order to Show Cause (ECF No. 16) filed in this action on October 3, 2012, is discharged.

DATED October 31, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge