IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01833-BNB

CRAIG ROBLEDO-VALDEZ,

    Plaintiff,

v.

DICK SMELSER,
RAY ROMERO,
ALBERT MARTINEZ,
TIANA LUCERO,
ELIJAH RIDGEWELL,
JUDY BREZINDINE,
OFFICER RAMOS,
OFFICER SANTISTEVAN,
RACHEL INFANTE,
COUNSELOR GONZALES,
SERGEANT MONREAL,
SERGEANT ACKER,
SHANE KOLANDER,
SERGEANT PELSTER,
TONY CAROCHI,
DANIEL CHAVEZ,
C. REYES,
D. CORTESE,
2 UNNAMED PPMU OFFICERS, and
RANDY MARTINEZ,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 13, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge