IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01833-WYD-KLM

CRAIG ROBLEDO-VALDEZ,

    Plaintiff,

v.

DICK SMELSER, Warden of CCA,
RAY ROMERO, of CCCF,
ALBERT MARTINEZ, of CCA,
TIANA LUCERO, of CCCF,
ELIJAH RIDGEWELL,
JUDY BREZINDINE,
RAMOS, Officer,
SANTISTEVAN, Officer,
RACHAEL INFANTE,
GONZALES, Conselor,
MONREAL, Sergeant,
ACKER, Sergeant,
SHANE KOLANDER,
PELSTER, Sergeant,
TONY CAROCHI,
DANIEL CHAVEZ,
C. REYES,
D. CORTESE,
2 UNNMED PPMU OFFICERS, and
RANDY MARTINEZ,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Supplement/Ammend Claim** [sic] [Docket No. 41; Filed January 25, 2013] (the "Motion to Amend") and on Defendants Tony Carochi and D. Cortese's **Motion to Strike Plaintiff's "Motion to Supplement/Ammend [sic] Claim"** [Docket No. 43; Filed February 15, 2013] (the "Motion

to Strike").

IT IS HEREBY **ORDERED** that the Motion to Amend [#41] is **DENIED without prejudice**. If Plaintiff, who proceeds in this matter *pro se*, is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15, **and which includes the proposed Amended Complaint as a document separate from the Motion**. The Court will not permit piecemeal adjudication of Plaintiff's case; thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Amended Complaint. In light of this ruling,

IT IS FURTHER **ORDERED** that the Motion to Strike [#43] is **DENIED as moot**.

Dated: May 3, 2013