IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01833-WYD-KLM

CRAIG ROBLEDO-VALDEZ,

     Plaintiff,

v.

DICK SMELSER, Warden of CCA,
RAY ROMERO, of CCCF,
ALBERT MARTINEZ, of CCA,
TIANA LUCERO, of CCCF,
ELIJAH RIDGEWELL,
JUDY BREZINDINE,
RAMOS, Officer,
SANTISTEVAN, Officer,
RACHAEL INFANTE,
GONZALES, Conselor,
MONREAL, Sergeant,
ACKER, Sergeant,
SHANE KOLANDER,
PELSTER, Sergeant,
TONY CAROCHI,
DANIEL CHAVEZ,
C. REYES,
D. CORTESE,
2 UNNMED PPMU OFFICERS, and
RANDY MARTINEZ,

     Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion for Reconsideration of Order** [Docket No. 65; Filed June 17, 2013] (the "Motion"). In the Motion Plaintiff asks the Court to reconsider "the recent order by Judge Mix to allow/grant the Defendants['] Motion for leave to exceed page limitations." *Motion* [#65] at 1. While Plaintiff does not specify which Order entered in this case he requests reconsideration of, the Court will assume he means

the Order entered May 1, 2013 [#58] granting Defendants Carochi and Cortese leave to exceed the page limitations for their motion to dismiss.  In its discretion the Court may grant leave to exceed the page limitations set in the applicable rules.   While the Court understands the limitations Plaintiff faces as a *pro se* litigant, Plaintiff's status as a *pro se* litigant does not mean that the Court should not afford Defendants additional pages when drafting a dispositive motion if the Court deems Defendants' request meritorious.

Plaintiff asks the Court to allow him 15 days in which to respond to Defendant Carochi's and Defendant Cortese's Motion for Leave to Exceed Page Limitations on Motion to Dismiss (Doc. 33) [#35].  That motion was filed on January 14, 2013 and the Court's Order was entered on May 2, 2013.  Plaintiff had more than enough time to file a response to the Motion prior to entry of the Order.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#65] is **DENIED**.

Dated:  June 19, 2013