IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01833-WYD-KLM

CRAIG ROBLEDO-VALDEZ,

      Plaintiff,

v.

DICK SMELSER, Warden of CCA,
RAY ROMERO, of CCCF,
ALBERT MARTINEZ, of CCA,
TIANA LUCERO, of CCCF,
ELIJAH RIDGEWELL,
JUDY BREZINDINE,
RAMOS, Officer,
SANTISTEVAN, Officer,
RACHAEL INFANTE,
GONZALES, Conselor,
MONREAL, Sergeant,
ACKER, Sergeant,
SHANE KOLANDER,
PELSTER, Sergeant,
TONY CAROCHI,
DANIEL CHAVEZ,
C. REYES,
D. CORTESE,
2 UNNMED PPMU OFFICERS, and
RANDY MARTINEZ,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on a **Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and for Summary Judgment** [Docket No. 33; Filed January 14, 2013] (the "DOC Motion"), filed by Defendants Tony Carochi and Darren Cortese; and on **CCA Defendants' Motion to Dismiss Plaintiff's Complaint** [Docket No. 37; Filed January 14,

2013] (the "CCA Motion" and, collectively with the DOC Motion, the "Motions") filed by Defendants Albert Martinez, Elijah Ridgewell, Judy Brezindine, Vinicio Ramos, Maurice Santistevan, Rachael Infante, Angelina Gonzales, Jordon Monreal, Tim Acker, Shane Kolander, and Randy Martinez.   On June 24, 2013, the Court entered an Order and Recommendation [#78] recommending dismissal of this case pursuant to Fed. R. Civ. P. 41(b).  Accordingly,

IT IS HEREBY **ORDERED** that the Motions [##33, 37] are **DENIED as moot**.

Dated:  August 12, 2013