IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01833-WYD-KLM

CRAIG ROBLEDO-VALDEZ,

    Plaintiff,

v.

DICK SMELSER;
RAY ROMERO;
ALBERT MARTINEZ;
TIANA LUCERO;
ELIJAH RIDGEWELL;
JUDY BREZINDINE;
OFFICER RAMOS;
OFFICER SANTISTEVAN;
RACHEL INFANTE;
COUNSELOR GONZALES;
SERGEANT MONREAL;
SERGEANT ACKER;
SHANE KOLANDER;
SERGEANT PELSTER;
TONY CAROCHI;
DANIEL CHAVEZ;
C. REYES;
D. CORTESE;
2 UNNAMED PPMU OFFICERS; and
RANDY MARTINEZ,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on January 2, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and

incorporated herein by reference as if fully set forth, it is

ORDERED that the Order and Recommendation of United States Magistrate Judge filed July 24, 2013 [ECF Doc. No. 78] is AFFIRMED AND ADOPTED.  It is further

ORDERED that judgment is hereby entered in favor of Defendants, Dick Smelser; Ray Romero; Albert Martinez; Tiana Lucero; Elijah Ridgewell; Judy Brezindine; Officer Ramos; Officer Santistevan; Rachel Infante; Counselor Gonzales; Sergeant Monreal; Sergeant Acker; Shane Kolander; Sergeant Pelster; Tony Carochi; Daniel Chavez; C. Reyes; D. Cortese; 2 Unnamed PPMU Officers; and Randy Martinez, and against Plaintiff, Craig Robledo-Valdez, on all of plaintiff's claims.  It is further

ORDERED that plaintiff's complaint and action are dismissed without prejudice. It is further

ORDERED that Defendant shall have their costs, by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 3rd day of January, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler,
                Deputy Clerk